# In the United States Court of Federal Claims

No. 12-576 T

(Filed October 22, 2013)

```
* * * * * * * * * * * * * * * * * * * * *
DYNETICS, INC. AND                       *
SUBSIDIARIES,                            *
                                         *
            Plaintiff,                   *
                                         *
      v.                                 *
                                         *
THE UNITED STATES,                       *
                                         *
            Defendant.                   *
* * * * * * * * * * * * * * * * * * * * *
```

## ORDER

On October 21, 2013, defendant filed an Unopposed Motion for Enlargement of Stage One Fact Discovery in this matter. Therein, defendant requests an enlargement of time of nineteen days, from January 31, 2014, to and including February 19, 2014, of the stage one fact discovery deadline.

Accordingly, it is hereby **ORDERED** that

(1) Defendant's motion is **GRANTED**;

(2) All **fact discovery**, including production of documents, depositions, interrogatories and requests for admissions shall be **COMPLETED** on or before **February 19, 2014**.

(3) On **March 10, 2014**, or two weeks after completion of discovery, whichever occurs earlier, counsel are directed to **FILE** a **Joint Status Report** informing the court of the status of proceedings in the case and the extent to which the parties have determined whether any or all of the instant matter may be settled. The status report shall also set forth a proposed schedule for the exchanges

required by Appendix A, ¶ 13 and the filings required by ¶¶ 14 through 17.  In the event that any dispositive motions are to be filed, the status report shall state a proposed date for such motions.

                                                         s/Lynn J. Bush
                                                         LYNN J. BUSH
                                                         Judge